**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DIGIMEDIA TECH, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>BEST BUY CO., INC., BEST BUY STORES, L.P., BESTBUY.COM, LLC, BEST BUY HEALTH, INC., and BEST BUY TEXAS.COM, LLC,<br>                Defendants. | Civil Action No.: 2:23-cv-00530-RWS-RSP |

**ORDER**

Before the Court is the Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff DigiMedia Tech's Complaint filed by Plaintiff DigiMedia Tech, LLC. (**Dkt. No. 7**.) Having considered said motion, finds that it should be **GRANTED**. It is, therefore,

**ORDERED** that that the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint is extended to March 18, 2024.

**SIGNED this 30th day of January, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE